OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California  90071
Telephone:   213-239-9800
Facsimile:   213-239-9045

Attorneys For Defendant
ZOOLOGICAL SOCIETY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Chris Langer,<br><br>            Plaintiff,<br><br>      v.<br><br>Zoological Society of San Diego, dba San Diego Zoo Global, a Domestic NonProfit, and Does 1-10,<br><br>            Defendants. | Case No.  **'20 CV2227 AJB  BGS**<br><br>**DEFENDANT ZOOLOGICAL SOCIETY OF SAN DIEGO'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**<br><br>[*Filed concurrently with Civil Cover Sheet; Corporate Disclosure Statement; and Notice of Party with Financial Interest*]<br><br>Complaint Filed: September 18, 2020<br>Trial Date:             None |
|---|---|

Case No. _____

DEFENDANT'S NOTICE OF REMOVAL

44904946_1.docx

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441(a) and (c), and 1446, defendant Zoological Society of San Diego, ("Defendant") removes this action from the Superior Court of the State of California for the County of San Diego to the United States District Court for the Southern District of California because the action filed by plaintiff Chris Langer ("Plaintiff") presents a federal question by asserting claims under the Americans With Disabilities Act of 1990 [42 U.S.C. §§ 12101 *et seq.*] ("ADA"). These facts were true at the time Plaintiff filed his Complaint in this matter and remain true as of the date of the filing of this notice of removal, as more fully set forth below:

## I.    THE STATE COURT ACTION

1. On September 18, 2020, Plaintiff filed his Complaint against Defendant in the Superior Court of the State of California for the County of San Diego, Case No. 37-2020-00032979-CU-CR-CTL. Plaintiff alleges that Defendant violated the ADA, a federal statute. A true and correct copy of the Complaint is attached to this Notice as **Exhibit A**.

2. Defendant was served with the Complaint by substitute service on October 17, 2020. A true and correct copy of the documents served on Defendant's registered agent is attached to this Notice as **Exhibit B**.

3. In accordance with 28 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the Southern District of California, which is the district court and division within which the action is pending. The Superior Court is located within the Southern District of California. Therefore, venue is proper in this Court pursuant to 28 U.S.C. § 84(c)(1) to the extent it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 114(a).

## II. REMOVAL IS TIMELY

4. A defendant in a civil action has thirty (30) days from the date it is validly served with a copy of the initial pleading setting forth the claim for relief to remove the action to federal court. 28 U.S.C. § 1446(b). This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) and Rule 6 of the Federal Rules of Civil Procedure, in that a certified copy of the Complaint was served on Defendant on October 17, 2020, no more than thirty (30) days before the filing of this Notice.

5. The consent of fictitious "Doe" defendants is not required because they have not been served. Thus, Defendant is the only party that must consent to removal, and all defendants whose consent is required have consented to this removal.

## III. FEDERAL QUESTION JURISDICTION EXISTS UNDER 28 U.S.C. § 1441(b) AND (c)

6. This action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) in that it arises under a federal statute, namely, the ADA [42 U.S.C. §§ 12101 *et seq*.].

7. Plaintiff's claim is based on, among other things, Defendant's alleged violation of the ADA.

8. Accordingly, Plaintiff's claim is removable to this Court under federal question jurisdiction. *See Emich v. Touche Ross & Co.*, 846 F.2d 1190, 1196 (9th Cir. 1988).

## IV. ALL PROCEDURAL REQUIREMENTS HAVE BEEN MET

9. Pursuant to 28 U.S.C. § 1446(d), Defendant will give written notice of the removal of this action to all parties and are filing a copy of that notice with the Superior Court of the State of California for the County of San Diego. True and correct copies of the notice to Plaintiff and to the Superior Court shall be filed promptly in this Court.

## V. CONCLUSION

10. Because this civil action presents a federal question, Defendant respectfully requests that this Court exercise its removal jurisdiction over this action.

11. In the event this Court has a question regarding the propriety of this Notice of Removal, Defendant requests that it issue an Order to Show Cause so that it may have an opportunity to more fully brief the Court on the basis for this removal.

Respectfully submitted,

DATED: November 16, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Amber L. Roller
David Raizman
Amber L. Roller
J. Nicholas Marfori

Attorneys For Defendant
ZOOLOGICAL SOCIETY OF SAN DIEGO

44904946.1