OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletree.com
J. NICHOLAS MARFORI, CA Bar No. 311765
nicholas.marfori@ogletree.com
400 South Hope Street, Suite 1200
Los Angeles, California  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

Attorneys for Defendant
ZOOLOGICAL SOCIETY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Zoological Society of San Diego, dba San Diego Zoo Global, a Domestic NonProfit, and Does 1-10,<br><br>　　　　　Defendants. | Case No. 3:20-cv-02227-AJB-BGS<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. PROC. RULES 12(B)(1) & 12(B)(6)**<br><br>[*Filed concurrently with Memorandum of Points and Authorities; Declaration of Dennis Corbran; Request for Judicial Notice; and [Proposed] Order*]<br><br>Date:　　　March 4, 2021<br>Time:　　　2:00 p.m.<br>Place:　　　Courtroom 4A<br><br>Complaint Filed: September 18, 2020<br>Trial Date:　　None<br>District Judge:　Hon. Anthony J. Battaglia<br>　　　　　Courtroom 4A, Schwartz<br>Magistrate Judge: Hon. Bernard G. Skomal<br>　　　　　Courtroom Suite 1280, Carter & Keep |

1　　　　　　　　　　　　　　　　Case No. 3:20-cv-02227-AJB-BGS
DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. PROC. RULES 12(B)(1) AND 12(B)(6)

44913228_4.docx

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF CHRIS LANGER AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, on March 4, 2021 at 2:00 p.m., or as soon after that as the matter may be heard, before the Honorable Anthony J. Battaglia in Courtroom 4A of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, defendant Zoological Society Of San Diego ("Defendant") will and hereby does move the Court for an Order:  (1) dismissing Chris Langer's ("Plaintiff") Complaint for lack of subject matter jurisdiction, or, in the alternative, dismissing Plaintiff's claim under the Americans with Disabilities Act for failure to state a claim; and (2) declining to exercise subject matter jurisdiction over Plaintiff's claim under the Unruh Civil Rights Act.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the declaration of Dennis Corbran, the Request for Judicial Notice, the remaining pleadings on file in this case, the record as a whole, and upon such further oral and documentary evidence and argument as may be presented at or before the time of the hearing.

Respectfully submitted,

DATED: December 30, 2020     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ David Raizman
David Raizman
Amber L. Roller
J. Nicholas Marfori

Attorneys for Defendant
ZOOLOGICAL SOCIETY OF SAN DIEGO

44913228.4